= 98-3991 Bergonzoli

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  OCT 3  11 07 AM '95

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:95CR144 PCD |
| v. | : VIOLATIONS: |
| NICHOLAS BERGONZOLI | : 21 U.S.C. § 963 (Conspiracy to Import Cocaine) |

FILED by ___ D.C.
MAG. SEC.
DEC 9 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S D OF FLA. MIAMI

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From sometime in or about August, 1991, the exact date to the grand jury unknown, to on or about December 7, 1991, in the District of Connecticut and elsewhere, the defendant, NICHOLAS BERGONZOLI, together with unindicted co-conspirators Paul Kakaletris, Dino Mandarino, and Diego Narvaez, did knowingly and intentionally conspire and agree together, and with others to the grand jury known and unknown, to import into the United States from a place outside thereof, more than 5 kilograms of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B).

All in violation of Title 21, United States Code, Section 963.

A TRUE BILL

_____
FOREPERSON

CHRISTOPHER F. DRONEY
UNITED STATES ATTORNEY

THEODORE B. HEINRICH
ASSISTANT UNITED STATES ATTORNEY

10-3-95

No. _____

# UNITED STATES DISTRICT COURT

District of ___CONNECTICUT___

_____ Division

## THE UNITED STATES OF AMERICA

vs.

**NICHOLAS BERGONZOLI**

## INDICTMENT
### OUR COURT

21 United States Code, Section 963 (Conspiracy to Import Cocaine)

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____, A.D. 19____

_____
Clerk

Bail $ _____

# United States District Court

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
V.
NICHOLAS BERGONZOLI

**WARRANT FOR ARREST**

CASE NUMBER: 3:95cr144PCD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Nicholas Bergonzoli__

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with

Controlled substance-importation/exportation; as further mentioned in the certified copy of the indictment attached hereto:

In violation of Title __21__ United States Code, Section(s) __963__

Kevin F. Rowe — Name of Issuing Officer
Clerk — Title of Issuing Officer

_signature_ Sweeney Deputy Clerk

Bridgeport, 10/3/95 — Date and Location

Bail fixed at $ _____ by _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

TOTAL P.04

# DRUG ENFORCEMENT ADMINISTRATION



**MIAMI FIELD DIVISION**
**DEA-GROUP #43**
**"THE WORKING GROUP"**

*D.E.A.
*I.R.S.
*U.S.S.S.
*U.S.P.I.S.
*I.N.S.
*N. MIA. BEACH P.D.
*METRO-DADE P.D.
*AVENTURA P.D.
*INDIAN CREEK P.D.
*HOMESTEAD P.D.

**DATE:** 12/08/98

**FAX NUMBER:** 305-523-5289

**TOTAL PAGES SENT:** 4

**TO:** Patty

**FROM:** S/A Lawrence Castillo

   **MFD DEA Gp. #43**

**Office: (305) 597-2966,  Fax: (305) 470-9768**

**MESSAGE:**

If pages are not recieved or are unclear, please contact DEA-Group #43 at (305) 597-2956 or (305) 597-2923.                           DT/wg