UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Unsealed DE 54

Case Number 99-196-CR-DAVIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NICOLAS BERGONZOLI,

Defendant.

_____/

FILED by/WS  D.C.

APR 2 0 2000

CLARENCE M...
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**FILED UNDER SEAL**

## GOVERNMENT'S MOTION TO PARTIALLY UNSEAL TRANSCRIPT OF PLEA HEARING

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this Motion requesting that the court permit the United States and defense counsel to receive copies of the transcript of the sealed plea hearing held in the above captioned case on February 10, 2000, and order such transcript unsealed to that extent only. As grounds therefore, the government states as follows:

1. This matter came before the Court on February 10, 2000, for a change of plea. At that time, the defendant entered his plea of guilty to the Indictment in this case. These proceedings were conducted under seal.

2. The United States and the defendant both require a copy of the plea transcript for their own internal purposes.

10

3. Copies of the transcript are to be provided only to the undersigned Assistant United States Attorney and defense counsel, Joaquin Perez.

4. The defendant joins in this motion.

                                      Respectfully submitted,

                                      THOMAS E. SCOTT
                                      UNITED STATES ATTORNEY

BY: _____
        PATRICIA L. DIAZ
        ASSISTANT UNITED STATES ATTORNEY
        FLA. BAR NO. 0764809
        8245 N.W. 53rd Street, Suite 103
        Miami, Florida  33166
        TEL (305) 597-2084
        FAX (305) 597-2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20th day of April, 2000, to: Joaquin Perez, Esq., 6780 Coral Way, Miami, Florida 33155.

By: _____
PATRICIA L. DIAZ
Assistant United States Attorney