# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 99-196-CR-SEITZ

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) |
| | ) |
| NICOLAS BERGONZOLI, | ) |
| *Defendant.* | ) |
| _____ | ) |

Unsealed DE 54

## MOTION TO SEAL

Defendant, NICOLAS BERGONZOLI, move this Court for the entry of an Order sealing the attached Memorandum in Support of Sentence Reduction in this cause.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 26th day of November, 2001, Russell Killiger, AUSA, and Kenneth Blanco, AUSA, 8245 NW 53 Street, Suite 101, Miami, Florida 33166.

Respectfully submitted,

Joaquin Perez, Esq.
Counsel for Defendant
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
Fl. Bar No.: 335339