CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by _____ D.C.
JAN 21 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 99-f16-Cr          Date 1/20/04
Clerk  L. Webb              Reporter D. Ehrlich
USPO  Jocelina Mocar        Interpreter
USPTS

AUSA  Lilly Cann Eisenberg
Def. Atty.  Jacquelin Leseure

USA v.  Nicholas Evangelli

Defendant(s): Present ___  Not Present  X   In Custody
Reason for Hearing  Violation of hearing

Results of Hearing  Transcript of this hearing will remain under seal. Court makes final recommendation on sealed issues. Order will be entered. Court reduces sentence by 12 months.

Misc.