UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-196-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

NICHOLAS BERGONZOLI,
Reg. No. 51264-004

_____/

FILED by ___ D.C.
JAN 21 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE AND AMENDING ORDER OF JUDGMENT

THIS MATTER having come before the Court upon the Government's Motion for Reduction of Sentence imposed as to the Defendant, Nicholas Bergonzoli, pursuant to Rule 35(b), Federal Rules of Criminal Procedure, as amended. The Court having reviewed said motion, heard argument of counsel, and being fully advised as to the facts and circumstances of this case, it is

ORDERED AND ADJUDGED that the Government's Motion for Reduction of the Sentence imposed as to the Defendant, Nicholas Bergonzoli, is hereby **GRANTED**, it being further

ORDERED AND ADJUDGED that the original Judgment in a Criminal Case, entered January 30, 2002, is hereby **AMENDED**, as follows:

> "...The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Twenty Seven (27) Months**."

it being further

ORDERED AND ADJUDGED that all other provisions of the original Judgment in a Criminal Case, entered January 30, 2002, shall remain in full force and effect.

DONE AND ORDERED, in Miami, Florida, this 21st day of January, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Lilly Ann Sanchez, AUSA
Joaquin Perez, Esq.
Bureau of Prisons
U.S. Marshals Service
U.S. Probation Office